**IN THE MATTER OF THE PETITION**      \*      **IN THE**
**FOR REINSTATEMENT OF**
**ROBERT GEORGE LIPMAN**      \*      **COURT OF APPEALS**
**TO THE BAR OF MARYLAND**

             \*      **OF MARYLAND**

             \*      **Misc. Docket AG No. 96**

             \*      **September Term, 2019**

**ORDER**

Upon consideration of the Petition for Reinstatement to the Bar of Maryland, and Bar Counsel's Response and Consent thereto, and the record herein, it is the 8th day of June, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition for Reinstatement, be, and it is, GRANTED, and the Petitioner, Robert George Lipman, is reinstated to the practice of law in this State, subject to the following conditions:

Within fifteen (15) days of the date of this Order, the Petitioner shall enter into a monitor agreement pursuant to Maryland Rule 19-752(j), with a monitor acceptable to Bar Counsel, and that the monitor agreement shall remain in effect for a minimum of three (3) years and until further order of this Court,

and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Robert George Lipman upon the register of attorneys entitled to practice law in this State and certify that

fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.


/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk